UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ELIZABETH TONEY AND JAMES TONEY     CIVIL ACTION

VERSUS     NUMBER 07-544-FJP-DLD

WAL-MART STORES, INC.

## RULING

This matter is before the Court on the Motion for Summary Judgment by defendant Wal-Mart Stores, Inc.[1] The plaintiffs have filed an opposition to the motion.[2] Both parties have filed supplemental reply briefs.[3] After a careful review of the briefs and the entire record in this case, the Court finds that there are genuine issues of material fact with regard to the issue of liability in this case regarding the following facts: (1) who created the allegedly hazardous condition on the defendant's floor and (2) whether Wal-Mart caused plaintiffs' alleged injuries. Accordingly, defendant's motion for summary judgment is denied.

IT IS SO ORDERED.

Baton Rouge, Louisiana, July 22, 2008.

                          FRANK J. POLOZOLA
                          MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 6.

[2] Rec. Doc. No. 8.

[3] Rec. Doc. Nos. 16 & 27.

Doc#45147